```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         NORTHERN DIVISION


KEVIN W. TARPLEY,                    )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )    No. 2:08-CV-25-JCH
                                     )
UNKNOWN FORD, et al.,                )
                                     )
          Defendants.                )
```

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 28th day of May, 2008

/s/Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**